IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| APRIL FAVORS, § § | |
| v. § § | CIVIL ACTION NO. 4:22-CV-00562-SDJ-AGD |
| HOPKINS COUNTY JAIL COURTHOUSE, § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action ("Report") (Dkt. #12), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2023, the Magistrate Judge entered the Report, recommending that Plaintiff's case should be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) as set forth in the Report.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Plaintiff's case against Defendant Hopkins County Jail Courthouse (Dkt. #1) is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 10th day of November, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE